| **Fill in this information to identify your case:** | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF OREGON | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | **Debtor's name** | **RenX Group II, LLC** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-3083115 |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **1701 SE OAK SHORE LN** **Portland, OR 97267** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Clackamas** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **RenX Group II, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | | Relationship | |
|---|---|---|---|---|---|
| District | | When | | Case number, if known | |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Case 17-33139-dwh11    Doc 1    Filed 08/22/17

| Debtor | **RenX Group II, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes.  Insurance agency _____
            Contact name _____
            Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **RenX Group II, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 22, 2017**
MM / DD / YYYY

**X** **/s/ Tracey Baron**                    **Tracey Baron**
Signature of authorized representative of debtor    Printed name

Title  **Manager**

**18. Signature of attorney**

**X** **/s/ Theodore J. Piteo**              Date **August 22, 2017**
Signature of attorney for debtor                  MM / DD / YYYY

**Theodore J. Piteo**
Printed name

**Michael D. O'Brien & Associates, P.C.**
Firm name

**12909 SW 68th Parkway, Suite 160**
**Portland, OR 97223**
Number, Street, City, State & ZIP Code

Contact phone  **503-786-3800**    Email address  **enc@pdxlegal.com**

**090311**
Bar number and State

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 22, 2017**     X **/s/ Tracey Baron**
Signature of individual signing on behalf of debtor

**Tracey Baron**
Printed name

**Manager**
Position or relationship to debtor

Fill in this information to identify the case:
Debtor name   **RenX Group II, LLC**
United States Bankruptcy Court for the:   **DISTRICT OF OREGON**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Deutsche Bank National Trust Co. 222 South Riverside Chicago, IL 60606** | | **Big Blue Lodge - 87287 Government Camp Loop, Government Camp, OR 97028 Aquired from Bankruptcy Trustee on 12/4/2012, Debtor owns Prior Debtors share** | | **$1,236,875.14** | **$750,000.00** | **$486,875.14** |
| **Robert & Melody Johnson 41 Laulainen Rd. Longview, WA 98632** | | **Big Blue Lodge - 87287 Government Camp Loop, Government Camp, OR 97028 Aquired from Bankruptcy Trustee on 12/4/2012, Debtor owns Prior Debtors share** | | **$225,000.00** | **$750,000.00** | **$225,000.00** |
| **Beneficial -Oregon -Mortgage Bankruptcy Notices PO Box 1231 Brandon, FL 33509-1231** | | **8944 N Clarendon Ave, Portland, OR 97203 Zillow:** | | **$265,350.00** | **$150,000.00** | **$115,350.00** |
| **JPMorgan Chase Bank, N.A. Mortgage Bankruptcy- OH4-7302 3415 Vision Drive Columbus, OH 43219-6009** | | **237 Nevada Street, Portland, OR 97219 Zillow:** | | **$197,650.00** | **$750,000.00** | **$72,650.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Wells Fargo Bank, N.A.**<br>**Bankruptcy Dept. / MAC D3347-014**<br>**3476 Stateview Blvd.**<br>**Fort Mill, SC 29715-7203** | | **3395 Summerlin Drive West Linn, OR 97068**<br>**Zillow: 318,000** | | $365,000.00 | $318,000.00 | $47,000.00 |
| **Nationstar Mortgage LLC**<br>**8950 Cypress Waters Blvd.**<br>**Coppell, TX 75019** | | **444 Bridge Street Fairview, OR 97024**<br>**Zillow:** | | $39,455.00 | $325,000.00 | $36,600.00 |
| **Wells Fargo Bank, N.A.**<br>**Bankruptcy Dept. / MAC D3347-014**<br>**3476 Stateview Blvd.**<br>**Fort Mill, SC 29715-7203** | | **3395 Summerlin Drive West Linn, OR 97068**<br>**Zillow: 318,000** | | $22,500.00 | $318,000.00 | $22,500.00 |
| **Jeffrey D. Kantor**<br>**One SW Columbia Street**<br>**Suite 300**<br>**Portland, OR 97258** | | **Big Blue Lodge - 87287 Government Camp Loop, Government Camp, OR 97028 Aquired from Bankruptcy Trustee on 12/4/2012, Debtor owns Prior Debtors share** | | $17,332.60 | $750,000.00 | $17,332.60 |
| **Jimmy Drakos**<br>**333 State Street**<br>**Unit #286**<br>**Lake Oswego, OR 97034** | | **Big Blue Lodge - 87287 Government Camp Loop, Government Camp, OR 97028 Aquired from Bankruptcy Trustee on 12/4/2012, Debtor owns Prior Debtors share** | | $17,140.60 | $750,000.00 | $17,140.60 |
| **DJ Property Soultions**<br>**2269 Deer Creek Way**<br>**Springville, UT 84663** | | **Investment in Stanton property** | **Contingent Unliquidated Disputed** | | | $3,750.00 |

Case 17-33139-dwh11    Doc 1    Filed 08/22/17

| Debtor | RenX Group II, LLC | | | Case number (if known) | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Deem Realty Funding** 525 N. B St. Salt Lake City, UT 84103 | | **Investment in Belmont Property** | **Contingent Unliquidated Disputed** | | | $2,750.00 |
| **Deem Realty Funding** 525 N. B St. Salt Lake City, UT 84103 | | **Investment in Blue Ridge Property** | **Contingent Unliquidated Disputed** | | | $2,250.00 |
| **Ann Fahland** 8828 SW 36th Ave Portland, OR 97219 | | **Misc Claims** | **Unliquidated** | | | $0.00 |
| **Darrel L Deem** 525 N. B St. Salt Lake City, UT 84103 | | **Misc Legal Claims** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **David & Janine Law** 2269 Deer Creek Way Springville, UT 84663 | | **Misc Claims** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Deem Investments Company** 525 N. B St. Salt Lake City, UT 84103 | | **Misc Claims** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Deem Realty Funding** 525 N. B St. Salt Lake City, UT 84103 | | **Misc Claims** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **DJ Property Soultions** 2269 Deer Creek Way Springville, UT 84663 | | **Misc Claims** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Kora Gammel** 8828 SW 36th Ave Portland, OR 97219 | | **Misc Loans** | **Unliquidated** | | | $0.00 |
| **Xianghua Pan** 13111 SW ROCKINGHAM DR Portland, OR 97223 | | **Misc Claims** | **Contingent Unliquidated** | | | $0.00 |