Theodore J. Piteo, OSB #090311
Michael D. O'Brien & Associates, P.C.
12909 SW 68th Parkway, Suite 160
Portland, OR 97223
V: 503-786-3800
F: 503-272-7796

Of Attorneys for RenX Group II, LLC.

IN THE BANKRUPTCY COURT OF THE UNITED STATES

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>RenX Group II, LLC,<br><br>                Debtor(s). | Case No. 17-33139-tmb11<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTOR** |

Comes now Counsel for the Debtor RenX Group II, LLC, Theodore J. Piteo, to move the Court for an Order allowing the withdrawal of Theodore J. Piteo as attorney of record in this matter and further, allowing the Debtor time to obtain and proceed through alternative counsel. Counsel makes Motion pursuant to LBR 9010-1 and LR 83-11. This motion is supported by the court file and attached affidavit.

DATED this 27th day of October 2017.

Respectfully Moved By:

/s/ Theodore J. Piteo
Theodore J. Piteo, OSB #090311

Page 1 – MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

Theodore J. Piteo, OSB #090311
Michael D. O'Brien & Associates, P.C.
12909 SW 68th Parkway, Suite 160
Portland, OR 97223
V: 503-786-3800
F: 503-272-7796

Of Attorneys for RenX Group II, LLC.

IN THE BANKRUPTCY COURT OF THE UNITED STATES

FOR THE DISTRICT OF OREGON

| In re | Case No. 17-33139-tmb11 |
|---|---|
| RenX Group II, LLC,<br><br>Debtor(s). | **AFFIDAVIT OF THEODORE J. PITEO IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTOR** |

STATE OF OREGON     )
                    )  ss.
County of Washington )

I, Theodore J. Piteo, being first duly sworn, do subscribe and say that:

1. I am the attorney of record for Debtor in this Chapter 11 proceeding and make this affidavit in support of my Motion to Withdraw as Counsel for RenX Group II, LLC.

2. On August 22, 2017, Debtor RenX Group II, LLC filed a petition for relief pursuant to Chapter 11 of title 11, the U.S. Bankruptcy Code.

3. Counsel applied to be employed by the Estate of the Debtor and that Application is currently still pending. See E-Doc# 7.

4. In the afternoon of October 23, 2017, Counsel was notified by the Debtor's manager, Tracey Baron, that the Debtor would no longer require Counsel's services and that the Debtor would be seeking new counsel.

5. There is currently pending a Court Notice of Proposed Dismissal for failure to file the August and September 2017 combined monthly operating reports dated October 25, 2017. See E-Doc#47. There are also currently pending two Motions for Relief pertaining to property of the Debtor filed on October 13th and October 19th and a preliminary hearing on those motions is set for November 9, 2017. Debtor has not yet filed responses to those Motions for Relief.

6. The Debtor's contact details are: Tracey Baron, Manager, RenX Group II, LLC, 1701 SE Oak Shore Ln., Milwaukie, OR 97267. The phone number for the Debtor's contact is (503)804-0919.

7. Due to the foregoing, I feel that it is appropriate to immediately file this Motion to Withdraw as Counsel for the Debtors

DATED this 27th day of October 2017.

/s/ Theodore J. Piteo
Theodore J. Piteo, OSB #090311
Of Attorneys for Debtor.

STATE OF OREGON    )
                   ) ss.

County of Washington        )

SUBSCRIBED AND SWORN TO me this  27th  day of  October  2017, by

   Theodore J. Piteo   .

OFFICIAL STAMP
LAUREN NICOLLE GARY
NOTARY PUBLIC-OREGON
COMMISSION NO. 951181
MY COMMISSION EXPIRES JUNE 07, 2020

Notary Public for the State of Oregon
My Commission Expires:  6/7/2020

AFFIDAVIT OF THEODORE J. PITEO IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

In re: RenX Group II, LLC

Case No. 17-33139-tmb11

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2017, I served the foregoing **Motion to Withdraw as Counsel for the Debtor and Supporting Affidavit** on the following parties by electronic email transmission and by regular US Postal mailing to the address below:

RenX Group II, LLC
1701 SE Oak Shore Ln.
Milwaukie, OR 97267

I further certify that the following person(s) will be served electronically when the foregoing document is filed with the court:

/s/Lauren Gary
Lauren Gary
Paralegal to Theodore J. Piteo
Of Attorneys for Debtors